FILED

04/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0614

IN THE SUPREME COURT OF THE STATE OF MONTANA
**************************
Case No. DA 21-0614
**************************

STATE OF MONTANA,      )
                        )
    Plaintiff and Appellee,    )
                        )
    v.                        )
                        )
CHRISTOPHER I. TOULOUSE,   )
                        )
    Defendant and Appellant.   )

**APPELLANT'S MOTION FOR EXTENSION OF TIME WITH AFFIDAVIT IN SUPPORT**

************************************
**ORDER**
************************************

Upon consideration of Appellant's Motion for Extension of Time, and good cause appearing:

**IT IS HEREBY ORDERED** that Appellant is granted an extension of time to and including May 24, 2023, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 20 2023